IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:14-CV-00274-RJC-DSC

| | |
|---|---|
| LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD.,<br><br>Plaintiffs and<br>Counterclaim-Defendants,<br><br>– v –<br><br>UNISTRIP TECHNOLOGIES, LLC,<br><br>Defendant and<br>Counterclaimant. | **ORDER RE:**<br><br>**JOINT CONSENT MOTION TO STAY THIS MATTER UNTIL THE RESOLUTION OF AN APPEAL BY THE FEDERAL CIRCUIT** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Consent Motion to Stay." After conferring with the chambers of the Honorable Robert J. Conrad, Jr., this Court **GRANTS** the Motion.

This case is **STAYED** until the Federal Circuit resolves the appeal from the decision of the Patent Trials and Appeals Board dated August 6, 2014 in Case No. IPR2013-00247, or the appeal is abandoned. No more than ten days after the resolution or abandonment of the appeal, Plaintiffs shall notify the Court that the appeal has concluded and state whether this stay should be lifted.

The previously filed Motion to Stay [Dkt. No. 19] is **DENIED** as moot.

**SO ORDERED**.

Signed: October 6, 2014

_____
David S. Cayer
United States Magistrate Judge



7371986v.1