UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00274-RJC-DSC

| | |
|---|---|
| LIFESCAN, INC. and LIFESCAN SCOTLAND, LTD., )<br>)<br>Plaintiffs/Counterclaim )<br>Defendants, )<br>)<br>v. )<br>)<br>UNISTRIP TECHNOLOGIES, LLC, )<br>)<br>Defendants/Counterclaim )<br>Plaintiff. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte and upon Plaintiffs' Notice and Request to Lift Stay. (Doc. No. 23). Having reviewed the Notice and the record in this case, the Court finds that, for the reasons stated in the Notice, the stay of this matter should be lifted.

**IT IS, THEREFORE, ORDERED** that the stay of this matter is lifted.

Signed: June 6, 2016

Robert J. Conrad, Jr.
United States District Judge