**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00274-RJC-DSC**


| | |
|---|---|
| **LIFESCAN INC., et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNISTRIP TECHNOLOGIES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Charles Hoffman and Sean Marshall]" (documents ## 26-27) filed June 9, 2016. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 9, 2016

David S. Cayer
United States Magistrate Judge